```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 14645
   MONICA HILL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2283


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/15/2005 and was confirmed 06/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/21/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
NATIONSCREDIT FINANCIAL    CURRENT MORTG        .00            .00           .00
SMC                        UNSEC W/INTER    1895.07         187.81        698.01
FEINGOLD & LEVY            UNSEC W/INTER NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    1077.14         106.79        396.72
HOUSEHOLD BANK             UNSEC W/INTER NOT FILED             .00           .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER     442.49          41.53        152.03
ROUNDUP FUNDING LLC        UNSEC W/INTER    1740.09         155.00        639.72
AT & T BANKRUPCTY          FILED LATE        405.28            .00           .00
ARROW FINANCIAL SERVICES   UNSEC W/INTER    1025.76         101.69        377.82
NATIONSCREDIT FINANCIAL    MORTGAGE ARRE     480.49            .00        480.49
DISCOVER FINANCIAL SERVI   UNSEC W/INTER NOT FILED             .00           .00
VALUE CITY STORE CREDIT    UNSEC W/INTER NOT FILED             .00           .00
WACHOVIA                   UNSEC W/INTER NOT FILED             .00           .00
MELVIN J KAPLAN            DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                         310.08
DEBTOR REFUND              REFUND                                           14.31

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                6,362.00

PRIORITY                                             .00
SECURED                                           480.49
UNSECURED                                       2,264.30
   INTEREST                                       592.82
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              310.08
DEBTOR REFUND                                      14.31
                       --------------        --------------
TOTALS                 6,362.00                 6,362.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 14645 MONICA HILL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 02/27/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```